# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **RALPH CALDWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:17-CV-02073-NCC** |
| | ) | |
| **ST. LOUIS COUNTY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## ORDER

Upon receipt of Plaintiff's Acknowledgement of Satisfaction of Judgment (Doc. 73),

**IT IS HEREBY ORDERED** that Mark Speake is discharged and released from all of his duties and obligations as Next Friend to E.S. in this matter.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED, with prejudice**.

Dated this 21st day of December, 2018.

                                     /s/ Noelle C. Collins
                                     NOELLE C. COLLINS
                                     UNITED STATES MAGISTRATE JUDGE